UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

          Plaintiff,

    v.

PAT HORN, et al.,

          Defendants.

Case No.  26-cv-00883-EMC

**ORDER OF TRANSFER**

Re: ECF Nos. 2, 5, 7

Petitioner James Carl Kelly, a *pro se* prisoner currently housed in Kern Valley State Prison in Kern County, filed the instant petition for writ of habeas corpus naming Governor Gavin Newsom, Kern Valley State Prison's warden, and prison medical staff as respondents.  *See* ECF No. 1.

While the matter is characterized as a petition for writ of habeas corpus, the "petition" does not seek his release from custody, but instead challenges Kelly's medical care and conditions of confinement at Kern Valley State Prison.  *See Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement).  The Court therefore construes the filing as an attempt to file a civil rights complaint.[1]  *See Wilwording v. Swenson*, 404 U.S. 249, 251 (1971) (district courts may, where appropriate, construe documents labeled as a petition for writ of habeas corpus as complaints under 42 U.S.C. § 1983).  However, Kern Valley State Prison, where the challenged events occurred, is located in the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Kelly and Respondents also appear to be located in the Eastern District of California.  *See* ECF No. 1 at 4.  Venue is therefore appropriate in that district.

_____

[1] Kelly also filed a motion seeking preliminary injunctive relief related to his healthcare at Kern Valley State Prison.  *See* ECF No. 2.

28 U.S.C. § 1391(b)(1), (b)(2).

Given the nature of the allegations in this mater, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: 7/6/2026

_____
EDWARD M. CHEN
United States District Judge